*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  May 12, 2016                    521923
_____

In the Matter of the Claim of
    JOSE G. MARIN-DIAZ,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   March 29, 2016

Before:   Lahtinen, J.P., Garry, Rose, Devine and Mulvey, JJ.

_____

        Jose G. Marin-Diaz, Richmond Hill, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____

        Appeals (1) from a decision of the Unemployment Insurance
Appeal Board, filed March 17, 2015, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because his employment was terminated due to misconduct, and (2)
from a decision of said Board, filed July 8, 2015, which denied
claimant's application for reopening and reconsideration.

        Decisions affirmed.  No opinion.

        Lahtinen, J.P., Garry, Rose, Devine and Mulvey, JJ.,
concur.

ORDERED that the decisions are affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court